# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 3, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.  23-1156,     Dominion Coal Corporation v. DOWCP
                  21-0382-BLA

TO:     Dominion Coal Corporation

BRIEF OR JOINT APPENDIX CORRECTION DUE:  May 8, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [x] Brief citations do not reference correct page number of the joint appendix. For example, on p. 2 of the brief, the link for JA 9 returns JA 301; JA 36 returns JA 301; p. 3 of brief, JA 6 returns JA 271; JA 12 returns JA 277.  Please refer to **[Appendix Pagination & Brief Citation Guide](#)** to correct.

Cyndi Halupa, Deputy Clerk
804-916-2704